IN THE UNITED STATES MAGISTRATE COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. GREGORY EASON Defendant. | PO 19-5035-M-KLD<br><br>Violation No. 7583327<br>Location Code: M18<br><br>ORDER |
|---|---|

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the warrant issued on October 23, 2019 for Gregory Eason regarding Violation No. 7583327 shall be QUASHED

The Clerk of Court is directed to notify the U.S. Marshals Service of this Order immediately.

DATED this 10th day of December, 2019.

_____
Kathleen L. DeSoto
United States Magistrate Judge